UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 11-4356-VBF(SPx)**                    Dated: **July 12, 2011**

Title:   Glen Oaks College, LLC -v- Aspen University, Inc., et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

   Joseph Remigio                              None Present
   Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                 None Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER DISMISSING FOR LACK OF SUBJECT MATTER JURISDICTION**

On June 20, 2011, the Court set an OSC re Lack of Subject Matter Jurisdiction, and ordered Plaintiff to file a response by July 11, 2011. Dkt. #6. The Court noted that an LLC is a citizen of every state of which its owners/members are citizens, and that the Complaint failed to identify the membership of Plaintiff LLC and therefore had not adequately shown a basis for diversity jurisdiction. Dkt. #6; *see Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Plaintiff's Reply to the OSC fails to adequately state a basis for diversity jurisdiction because it likewise fails to sufficiently identify the citizenship of the owners/members of the LLC.

The OSC set for July 18, 2011 at 1:30 p.m. on the non-appearance calendar is **VACATED**, and the case is **DISMISSED**, without prejudice to Plaintiff's right to filing in state court.

**IT IS SO ORDERED.**


MINUTES FORM 90                        Initials of Deputy Clerk ___jre___
CIVIL - GEN